**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Action No.** |
| **RAYMOND SMITH,** | : | **5:09-CR-61 (HL)** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Continuance (Doc. 34). For the following reasons, the Court grants the Motion.

On November 20, 2009, the Court permitted original counsel to withdraw from the Defendant's case because of a conflict of interest held by original counsel.  The Court appointed Reza Sedghi to serve as substituted counsel.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Mr. Sedghi was appointed as counsel  near to the scheduled date of the pretrial conference and even with the exercise of due diligence, the Court finds that he will have insufficient time to review and prepare for Defendant's case prior to the date of the scheduled pretrial conference.  Therefore, the Motion is granted and the case will be scheduled for the next term of court.  The Speedy Trial Act deadline for the trial imposed by 18 U.S.C. § 3161 (c)(1) shall be extended to the completion of that trial term.

**SO ORDERED**, this the 20th day of November, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc